Order filed July 15, 2014.



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00169-CV

———————

**KYLE TAUCH, TRANQUILITY APARTMENTS GENERAL CORPORATION AND TRANQUILITY APARTMENTS LTD., Appellants**

**V.**

**JOEL R. SCOTT, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2011-21305**

## ORDER

The reporter's record in this case was due **March 25, 2014**. *See* Tex. R. App. P. 35.1. On April 1, 2014, this court granted the parties' agreed motion to evenly divide the payment of the deposit for preparation of the record. On May 30, 2014, this court granted the court reporters request for extension of time to file the

record until June 23, 2014, 90 days after its due date. To date, the record has not been filed with the court.

Because it appears that the payment of the deposit for preparation of the reporter's record was delayed while the parties reached an agreement on the division of the costs, we will grant the reporter additional time to complete the record. We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **on or before August 15, 2014. No further extensions will be entertained absent exceptional circumstances**.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Michelle Tucker does not timely file the record as ordered, the court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record and consideration of any appropriate sanctions.


PER CURIAM